IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAHBEEL RICHARDSON, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 15-3685 |
| | : | |
| JOHN KERESTES, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 3rd day of March 2016, upon consideration of the Petition for Writ of Habeas Corpus (ECF Doc. No. 1), and the January 26, 2016 Report and Recommendation of United States Magistrate Judge Henry S. Perkin (ECF Doc. No. 10), **IT IS ORDERED:**

1. The January 26, 2016 Report and Recommendation of United States Magistrate Judge Perkin (ECF Doc. No. 10) is **APPROVED AND ADOPTED;**

2. The Petition for Writ of Habeas Corpus (ECF Doc. No. 1) filed by Petitioner Nahbeel Richardson is **DISMISSED;**

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **closed** for statistical purposes.

KEARNEY, J.